| | |
|---|---|
| Vincent Galvin (SBN# 104448) | Michelle Annet Ramos-Jimenez |
| Vincent.Galvin@bowmanandbrooke.com | LUIS RAFAEL RIVERA LAW OFFICE |
| BOWMAN AND BROOKE LLP | Capital Center South Tower Office 401 |
| 1741 Technology Drive, Suite 200 | 239 Arterial Hostos |
| San Jose, CA 95110 | San Juan, PR 00918 |
| Telephone No.: (408) 279-5393 | Telephone No.: (787) 763-1780 |
| Fax No.: (408) 279-5845 | Fax No.: (787) 763-2145 |
| | |
| David L Ayers | Attorneys for Plaintiffs |
| dayers@watkinseager.com | Marisol Rodriguez-Marrero, Brenda |
| WATKINS AND EAGER PLLC | Rodriguez-Marrero and David Rodriguez-Marrero |
| P O Box 650 | |
| Jackson, MS 39205 | |
| Telephone No.: (601) 965-1900 | |
| Fax No.: (601) 965-1981 | |
| | |
| Antonio Gnocchi-Franco | |
| agnocchi@caribe.net | JS-6 |
| GNOCCHI-FRANCO LAW OFFICE | |
| PO Box 193408 | |
| San Juan, PR 00919-3408 | |
| Telephone No.: (787) 753-1566 | |
| Fax No.: (787) 765-2681 | |

Attorneys for Defendant
Toyota Motor Corporation

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 8:10ML02151 JVS (FMOx) <br> Case No.: 8:16-cv-01377JVS(FMOx) |
| This document relates to: <br> Marisol Rodriguez-Marrero, et al. v. Toyota Motor North America, Inc., et al.; Case No.: 8:16-cv-01377JVS(FMOx) | ORDER ON STIPULATION OF DISMISSAL <br> (FRCP Rule 41(a)(1)(A)(ii)) |

23526966

1

ORDER ON STIPULATION OF DISMISSAL (FRCP Rule 41(a)(1)(A)(ii))

The Court, having read the Stipulation of Dismissal filed by all parties to have appeared in this action, and finding good cause,

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all plaintiffs' claims, actions and causes of action asserted against defendants. Each party is to bear its own costs and fees, including, but not limited to, attorney's fees and expert fees. The Court shall retain jurisdiction over the action for 90 days following the entry of this Order (unless extended) for the purposes of enforcing the terms of the parties' settlement agreement.

IT IS SO ORDERED.

DATED: December 30, 2020

_____
Honorable James V. Selna